IN RE: HILL'S PET NUTRITION, INC., DOG FOOD
PRODUCTS LIABILITY LITIGATIONMDL No. 2887

## SCHEDULE A

Northern District of California

NAVARRETE v. HILL'S PET NUTRITION, INC., C.A. No. 3:19-00767
SUN-DAMPIER v. HILL'S PET NUTRITION, INC., C.A. No. 3:19-00819
BAUER, ET AL. v. HILL'S PET NUTRITION, INC., C.A. No. 3:19-00908

Northern District of Florida

RUSSELL, ET AL. v. HILL'S PET NUTRITION, INC., C.A. No. 3:19-00395

Eastern District of New York

BONE, ET AL. v. HILL'S PET NUTRITION, INC., ET AL., C.A. No. 1:19-00831

District of Rhode Island

JUBINVILLE, ET AL. v. HILL'S PET NUTRITION, INC., ET AL., C.A. No. 1:19-00074