# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: HILL'S PET NUTRITION, INC., DOG FOOD PRODUCTS LIABILITY LITIGATION<br><br>(This Document Relates to All Cases) | MDL No. 2887<br><br>Case No. 19-md-2887-JAR-TJJ |

## ORDER

Lead Counsel for Plaintiffs and Defendants jointly submitted a status report on April 27, 2020, stating that they are continuing to engage in good-faith settlement negotiations. Lead Counsel request a continued stay of discovery in this MDL.[1] The Court agrees that a continued stay of discovery is warranted to facilitate the parties' ongoing efforts to reach resolution.

**IT IS THEREFORE ORDERED BY THE COURT** that the stay of discovery is continued. At the request of the parties, on or before July 17, 2020, the parties shall either file a joint status report or Plaintiffs shall file a motion for preliminary approval of a proposed settlement. The Court shall conduct a telephonic status conference on July 24, 2020, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 1, 2020

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE

S/ Teresa J. James
TERESA J. JAMES
UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. 77.