# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: HILL'S PET NUTRITION, INC., DOG FOOD PRODUCTS LIABILITY LITIGATION<br><br>**(This Document Relates to All Cases)** | MDL No. 2887<br><br>Case No. 19-md-2887-JAR-TJJ |

## ORDER

Lead Counsel for Plaintiffs and Defendants jointly filed a status report on September 18, 2020, stating that they are continuing to engage in good-faith settlement negotiations. Lead Counsel request a continued stay of discovery in this MDL.[1] The Court agrees that a continued stay of discovery is warranted to facilitate the parties' ongoing efforts to reach resolution.

**IT IS THEREFORE ORDERED BY THE COURT** that the stay of discovery is continued. At the request of the parties, on or before October 19, 2020, the parties shall either file a joint status report or Plaintiffs shall file a motion for preliminary approval of a proposed settlement. The telephonic status conference currently scheduled for October 2, 2020 is hereby continued to November 10, 2020 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: September 24, 2020

> S/ Julie A. Robinson
> JULIE A. ROBINSON
> CHIEF UNITED STATES DISTRICT JUDGE
>
> S/ Teresa J. James
> TERESA J. JAMES
> UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. 88.