IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN RE: HILL'S PET NUTRITION, INC.,
DOG FOOD PRODUCTS LIABILITY
LITIGATION

**(This Document Relates to All Cases)**

MDL No. 2887

Case No. 19-md-2887-JAR-TJJ

**ORDER**

Lead Counsel for Plaintiffs and Defendants jointly filed a status report on October 19, 2020, stating that they are continuing to engage in good-faith settlement negotiations. Lead Counsel request a continued stay of discovery in this MDL.[1] The Court agrees that a continued stay of discovery is warranted to facilitate the parties' ongoing efforts to reach resolution.

**IT IS THEREFORE ORDERED BY THE COURT** that the stay of discovery is continued. At the request of the parties, on or before November 16, 2020, the parties shall either file a joint status report or Plaintiffs shall file a motion for preliminary approval of a proposed settlement. The telephonic status conference currently scheduled for November 10, 2020 is hereby continued to December 3, 2020 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 20, 2020

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE

S/ Teresa J. James
TERESA J. JAMES
UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. 90.