## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE: HILL'S PET NUTRITION, INC., DOG FOOD PRODUCTS LIABILITY LITIGATION** | **MDL No. 2887** |
| | **Case No. 19-md-2887-JAR-TJJ** |
| **(This Document Relates to All Cases)** | |

## ORDER

Lead Counsel for Plaintiffs and Defendants jointly filed a status report on November 16, 2020, stating that they are continuing to engage in good-faith settlement negotiations.  Lead Counsel request a continued stay of discovery in this MDL.[1]  The Court agrees that a continued stay of discovery is warranted to facilitate the parties' ongoing efforts to reach resolution.

**IT IS THEREFORE ORDERED BY THE COURT** that the stay of discovery is continued.  At the request of the parties, on or before December 7, 2020, the parties shall either file a joint status report or Plaintiffs shall file a motion for preliminary approval of a proposed settlement.  The telephonic status conference currently scheduled for December 3, 2020 is hereby continued to December 17, 2020 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: November 17, 2020

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE

S/ Teresa J. James
TERESA J. JAMES
UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. 92.