# EXHIBIT 5

# NOTICE PLAN

The Notice Program will provide the best notice practicable under the circumstances of this case and conform to all aspects of Rule 23 of the Federal Rules of Civil Procedure, satisfies the Due Process clause of the United States Constitution, and comports with the guidance for effective notice articulated in the *Manual for Complex Litigation*, 4th.

The objective of the Notice Plan is to provide the best notice practicable of the Settlement to members of the Settlement Class as defined in the Settlement Agreement.

The Notice Plan will have several parts:

- Online display banner advertising specifically targeted to reach Class Members;
- Keyword Search targeting Class Members;
- Social media through Facebook and Instagram;
- Publication of the Summary Notice in one generally circulated magazine;
- Publication of the Summary Notice in a Veterinarian trade publication;
- A press release across PR Newswire's US1 Newslines;
- An informational website will be established on which the notices and other important Court documents will be posted;
- A toll-free information line will be established by which Class Members can call 24/7 for more information about the Settlement, including, but not limited to, requesting copies of the Long Form Notice; and

## Direct Notice

Defendants and Settlement Class Counsel shall provide the Notice Provider and Settlement Administrator with the names, last known mailing address, and last known e-mail addresses of any known potential Settlement Class Members to the extent reasonably available. The Notice Provider and Settlement Administrator shall make all necessary efforts to ensure the security and privacy of Settlement Class Member information and shall not use the information provided by Defendants or Settlement Class Counsel in connection with the Settlement or this Notice Plan for any purposes other than providing notice or conducting claims administration. The Notice Provider and Settlement Administrator, working in tandem, will use reasonable efforts to obtain email addresses

1

for those Settlement Class Members whose email addresses are not known by comparing the class list with their proprietary databases and purchasing emails to the extent practicable from commercially available sources, including a proprietary data base maintained by the Notice Provider.

Once this process is completed, the Settlement Administrator will send email notice to those Settlement Class Members for whom an email address could be identified. The initial email notice to all Settlement Class Members for whom an email address is available will be sent by the Notice Date. Two more email notices will be sent during the Claims Period to all Settlement Class Members, including one approximately half-way through the Claims Period and the other with approximately two weeks left in the Claims Period. Additional email notices may be sent as recommended by the Settlement Administrator and approved by the Parties, who shall not unreasonably withhold approval.

To ensure the notice emails are seen by as many Class Members as practicable, the Settlement Administrator will take steps to avoid its communications being flagged in spam filters. Such measures include using a reputable email service provider, avoiding spam trigger words in subject lines, avoiding embedding forms and video, and staggering email batches. The Settlement Administrator will also use reasonable efforts to obtain updated email addresses for those Class Members whose emails "bounce back" and to resend notices to the updated email addresses.

For any Class Member for whom only a physical address is known, the Settlement Administrator shall send via U.S. mail a copy of the Long Form Notice of the Settlement, as approved by the Court, to potential members of the Settlement Class with instructions on how to download and submit the Claim Form or request a hard copy.

Prior to mailing, all mailing addresses will be checked against the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS").[1] Any addresses that are returned by the NCOA database as invalid will be updated through a third-party address search service. Best available efforts will be used by the Notice Administrator to obtain current and accurate addresses for Class members.  In addition, the addresses will be certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses.

Additionally, a Notice will be mailed, by first class U.S. mail, to all persons who request one via the toll-free phone number.  The Notice will also be made available on the Settlement website, as described below.

The return address on the Notices will be a post office box maintained by the Notice Administrator. Notices that are returned as undeliverable will be re-mailed to any address indicated by the postal service in the case of an expired automatic forwarding order.  For those notices that are returned as non-deliverable but for which a new address is not indicated by the postal service, the Notice Administrator will do additional public record research, using a third-party lookup service to identify potential updated mailing addresses. If any address is found, the Notice will be re-mailed.  Address updating and re-mailing for undeliverable Notices will be ongoing.

Finally, the Notice Provider may follow-up the direct mailing of the Long Form Notice, which is attached as Exhibit 3 to the Settlement Agreement, with reminder postcards after the opt

---

[1] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and known address.

3

out deadline to everyone on the mailing lists who has not opted out of the Settlement. The reminder postcards will remind Class members of the important deadlines for submitting a Claim Form.

### Press Release

To amplify the Notice Plan, a neutral press release approved by the Parties will be distributed via PR Newswire's US1 distribution which will reach thousands of print and online media outlets. The release will highlight the toll-free telephone number and settlement website address where Class Members can obtain additional information relating to the settlement, including requesting a copy of the Long Form Notice, and where they can file their Claim Form.

The press release is attached to the Settlement Agreement as Exhibit 6.

### Electronic Notice

A Settlement Website will be established at the URL www.petfoodsettlement.com to enable potential Settlement Class Members to obtain information on the Settlement.

The website will allow potential Settlement Class Members to download the Long Form Notice, submit the Claim Form (which is attached to the Settlement Agreement as Exhibit 2), and review the Settlement Agreement. It will also have a list of Frequently Asked Questions and Answers, the substance of which will be agreed upon by the Parties. The Settlement Website address will be prominently displayed in all printed notice documents.

In addition to the direct individual notice, the Notice Plan will utilize a digital advertising program. The Notice Provider will work iteratively to determine the most effective ads, targeting strategies, and digital platforms. The Notice Provider will adjust the campaigns in real time to optimize the most efficient and engaging notice practicable. All notice communications will be limited to those that have been approved by the Court. The digital advertising campaign will last for 30 days. The digital channels to be utilized in providing notice are listed below:

·   *Facebook and Instagram Advertising*

·   *Google Search*

·   *Online Display Advertising*

The Notice Provider will work with the parties to develop technical controls and guidelines designed to ensure that notices are placed on reputable websites that have controls to prevent spoofing and fraud. Examples of these notices are attached as Exhibit C.

### **Print Publication Notice**

To supplemental the direct individual notice and electronic notice, the Notice Plan will utilize print media to reach Class members as well. To provide additional outreach to Settlement Class Members who may not have ready access to email or digital media, the Notice Provider will arrange for a single advertisement to be placed in one issue of the *Journal of the American Veterinary Medical* Association, a trade publication for veterinarians, and one issue of *National Geographic* magazine. The advertisements have been agreed to by the Parties and are attached as Exhibit 4. If necessary to reach Settlement Class Members who may not have ready access to email or digital media and without detracting from scope of the notice effort directed at other Settlement Class Members, the advertisement may also be placed in additional publications as recommended by the Notice Provider and approved by the Parties.

### **Toll-Free Telephone Number and P.O. Box**

A toll-free phone number will be established allowing Settlement Class Members to call and request that a Notice Packet and a hard copy Claim Form be mailed to them. The toll-free number will also provide Settlement Class Members with access to recorded information that will include answers to frequently asked questions and directs them to the case website. This automated

phone system will be available 24 hours per day, 7 days per week.  There will also be live operators who will be available to answer additional questions for Class Members.

Finally, a post office box will be established to allow Settlement Class Members to contact the Notice Administrator by mail with any specific requests or questions.

## **Further Supplemental Notice Measures**

Settlement Class Counsel, in conjunction with the Notice and Claims Administrator, shall monitor the submission of Claim Forms and may in their discretion seek Court approval to perform supplemental or additional forms of outreach not provided for herein.