IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: HILL'S PET NUTRITION, INC., DOG FOOD PRODUCTS LIABILITY LITIGATION<br><br>(This Document Relates to All Cases) | MDL No. 2887<br><br>Case No. 19-md-2887-JAR-TJJ |

### ORDER

On December 15, 2020, after many months of settlement negotiations, Lead Counsel for Plaintiffs in this MDL filed: (1) a Consolidated Class Action Complaint (Doc. 96); (2) an Unopposed Motion for Preliminary Approval of Settlement, Provisional Certification of Settlement Class, Appointment of Settlement Class Counsel and Class Representatives, Approval to Disseminate Class Notice, Appointment of the Settlement Administrator, and Adoption of a Schedule for the Final Approval Process (Doc. 97); and (3) a Joint Sealed Motion for Leave to File Under Seal Agreement Containing Walk Away Right Threshold (Doc. 99).  The Court congratulates the parties on their hard work and success in reaching this critical milestone.

The Court does not intend to rule on Plaintiffs' motion for preliminary settlement approval and provisional class certification, or the parties' joint motion for leave to file the walk-away threshold under seal, until after the telephonic status conference set for January 6, 2021, during which the Court intends to inquire into the scope of the claims and/or claimants within the settlement agreement and any other matters requiring discussion after the Court has had the opportunity to review the parties' filings in depth.

**IT IS SO ORDERED.**

Dated: December 17, 2020

S/ Julie A. Robinson  
JULIE A. ROBINSON  
CHIEF UNITED STATES DISTRICT JUDGE