UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to All Cases, Except:**<br><br>*Diana Anja Eichorn-Burkhard v. Hill's Pet Nutrition, Inc. et al.*, Case No. 19-CV-02672- JAR-TJJ;<br><br>and<br><br>*Bone, et al. v. Hill's Pet Nutrition, Inc., et al.*, Case No. 19-CV-02284-JAR-TJJ (cat and dry dog food-related claims only. This complaint DOES apply to all wet dog food-related claims in the *Bone* complaint). | MDL No. 2887<br><br>Case No. 2:19-md-02887-JAR-TJJ |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND NOTICE END DATE

On February 3, 2021, the Court entered the Order Preliminary Approving Settlement Pursuant to Fed. F. Civ. P. 23(e)(1) and Permitting Notice to the Settlement Class. ECF No. 105. As part of that Order, the Court authorized the Parties, working in conjunction with Heffler Claims Group (now known as Kroll Settlement Administration) ("Kroll"), the Court-appointed Settlement Administrator, to begin the Notice Program by March 8, 2021, which was expected to end on May 6, 2021.

Throughout the notice period, the Parties have worked closely with Kroll's Jeanne C. Finegan, who designed the Notice Program for this settlement. The Parties have completed all elements of the Notice Plan contained in the Court's Order. On the recommendation of Ms. Finegan, the Parties seek permission only to continue the online, digital elements of the Notice

1

Plan past the original May 6, 2021 end date, including the additional digital components attached as Exhibit 1. These digital elements are similar to the notices previously approved by the Court.

Co-Lead Counsel for Plaintiffs have provided a copy of the motion and Exhibit 1 to Defendants and Defendants are unopposed to this motion.

Plaintiffs respectfully request that the Court grant this Motion and allow the digital elements of the Notice Plan, including the use of the components attached as Exhibit 1, to extend, at the Parties' discretion, up to June 28, 2021.

Date: May 21, 2021

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

By: _Rachel E. Schwartz_
Rachel E. Schwartz, KS Bar # 21782
schwartz@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7125
Facsimile: (816) 714-7101

*Plaintiffs' Co-Lead, Liaison, and Interim Class Counsel*

**KAMBERLAW LLC**
Scott A. Kamber
skamber@kamberlaw.com
201 Milwaukee Street, Suite 200
Denver, Colorado 80206
Telephone: (303) 222-9008
Facsimile: (212) 202-6364

*Plaintiffs' Co-Lead and Interim Class Counsel*

**MASON LIETZ & KLINGER LLP**
Gary E. Mason
gmason@masonllp.com
5101 Wisconsin Avenue Northwest, Suite 305
Washington, District of Columbia 20016
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

*Plaintiffs' Co-Lead and Interim Class Counsel*

**REESE LLP**
Michael Robert Reese
mreese@reesellp.com
100 West 93rd Street, 16th floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Plaintiffs' Co-Lead and Interim Class Counsel*