IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases, Except:<br><br>*Diana Anja Eichorn-Burkhard v. Hill's Pet Nutrition, Inc. et al.*, Case No. 19-CV-02672- JAR-TJJ;<br><br>and<br><br>*Bone, et al. v. Hill's Pet Nutrition, Inc., et al.*, Case No. 19-CV-02284-JAR-TJJ (cat and dry dog food-related claims only. This complaint DOES apply to all wet dog food-related claims in the *Bone* complaint). | MDL No. 2887<br><br>Case No. 19-md-2887-JAR-TJJ |

## ORDER

On May 21, 2021, Plaintiffs filed an Unopposed Motion to Extend Notice End Date (Doc. 116). At the recommendation of the Settlement Administrator, Plaintiffs request leave to continue the online, digital components of the Notice Plan past the original May 6, 2021 end date. After review of this Motion, the Court **GRANTS** the Motion and approves the request for the Parties to extend the digital elements of the Notice Plan, including the digital components attached as Exhibit 1 to the Motion, up to June 28, 2021.

**IT IS SO ORDERED.**

Dated: May 24, 2021

                                               S/ Julie A. Robinson
                                               JULIE A. ROBINSON
                                               CHIEF UNITED STATES DISTRICT JUDGE