## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Cases, Except:**<br><br>***Diana Anja Eichorn-Burkhard v. Hill's Pet Nutrition, Inc. et al.*, Case No. 19-CV-02672- JAR-TJJ;**<br><br>**and**<br><br>***Bone, et al. v. Hill's Pet Nutrition, Inc., et al.*, Case No. 19-CV-02284-JAR-TJJ (cat and dry dog food-related claims only. This Document DOES apply to all wet dog food-related claims in the *Bone* complaint).** | MDL No. 2887<br><br>Case No. 2:19-md-02887-JAR-TJJ |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE PROGRAM, AND APPOINTMENT OF SETTLEMENT CLASS COUNSEL AND SETTLEMENT ADMINISTRATOR

On February 3, 2021, pursuant to Federal Rule of Civil Procedure 23(e), the Court entered the Preliminary Approval Order,[1] which granted preliminary approval of the Class Settlement Agreement between Plaintiffs and Defendants, provisionally certified the Settlement Class and the state Settlement Subclasses described in the Consolidated Class Action Complaint, approved the dissemination of notice to the Settlement Class (including the Notice Plan), appointed Settlement Class Counsel, appointed Heffler Claims Group (now known as Kroll Settlement Administration)

---

[1] Unless otherwise indicated, capitalized terms shall have the meaning that the Class Settlement Agreement ascribes to them. *See generally* Class Settlement Agreement, ECF No. 98-1.

as the Settlement Administrator, and set a schedule for final approval proceedings, including applicable deadlines for the submission of requests for exclusion from the Settlement Class, the filing of objections to the Settlement Class, the filing of objections to the Settlement, and the submission of Claim Forms. Prelim. Approval Order, ECF No. 105.

For the reasons stated in the accompanying memorandum, the accompanying Declaration of Rachel Schwartz dated May 28, 2021, and exhibits thereto, and the materials filed in support of preliminary approval, *see* ECF Nos. 97-98, Plaintiffs now move for the following relief:

1.      Final approval of the Settlement pursuant to Federal Rule of Civil Procedure 23(e)(2).

2.      Certification pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) of the following Settlement Class for settlement purposes only:

> All persons and entities that purchased Hill's Products in the United States from September 1, 2018 to May 31, 2019. Excluded from this Settlement Class are: all persons and entities that have been provided compensation from any Defendant and have executed a release for the claims described herein; Defendants, any entity in which Defendants have a controlling interest, and their legal representatives, officers, directors, employees, assigns and successors; persons and entities that purchased Hill's Products for resale or resold Hill's Products, but persons or entities that purchased Hill's Products for direct use are not excluded; the Judges to whom this case is assigned and any member of the Judges' staff or immediate family; Settlement Class Counsel; and putative Settlement Class Members who submit a valid Request for Exclusion prior to the Opt-Out Deadline.

3.      Certification pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) of the State Subclasses described in the Consolidated Class Action Complaint, for settlement purposes only. *See* ECF No. 96, Consolidated Compl. ¶¶ 128-74.

4.      Appointment of the following Plaintiffs as Class Representatives: Michelle Black, Toni Blanchard, Jack Blaser, Jeremiah Will Brigham, Stacey Caskey, Kathy Capron, Megan Carter, Kristina Centers, Linda Cole, Jennifer Cromwell, Kristin DeCroce, Molly McDowell

Dunston, Sarah Ecton, Sandra Walker Evans, Jamie Fain, Beatrice Friedman, Maritza Galindo, Lafonda Guyton, Sally Hall, Marc Haughaboo, Leiann Hawley, Keith Heck, Janis Henderson, Melinda Hengel, Jessie Hollister, Sharon Hopkins, Claudia Hoyos, Janet Imfeld, Mary Ippisch, Brandy Jeter, Cara Kaufmann, Allison Kay, Kevin Kelly, Marla King, Kathy Klaassen, TJ Knowland, Lisette Kra, Teresa Krage, Rosemary Lanctot, Janet Laurin, Tammy Lechner, Stephanie Lett, Sandra Lindquist, David Lovell, Dan Marcus, Michael Markiewicz, Marnie McCown, Cheryl McMurray, Melissa Mendoza, Jeffrey Morris, Jennifer Naeve, Robert Neve, Kay Okahashi, Mary Ponce, Robin Prebe, Susan Pyper, Vanessa Roberts, Karen Rohman, Taakena Ross, Cheri Rusinack, Michael Russell, Crystal Russell, Chuck Silveira, Harmony Stidham, Kristal Summers, Catherine Teegarden, Andrew Tilles, Demetrios Tsiptsis, Luann Tyborski, Angela Wickham, and June Yoshinaga.

5.      Confirmation, pursuant to Federal Rule of Civil Procedure 23(c)(1)(B) and (g)(1), of the appointment of Scott A. Kamber of KamberLaw LLC, Gary E. Mason of Mason Lietz & Klinger LLP, Michael R. Reese of Reese LLP, and Rachel E. Schwartz of Stueve Siegel Hanson LLP as Settlement Class Counsel.

6.      Confirmation that the Notice Program as implemented satisfied all requirements of Federal Rule of Civil Procedure 23 and due process.

7.      Confirmation of the appointment of Kroll Settlement Administration as Settlement Administrator for the Settlement.

8.      All other relief requested in the memorandum of law and proposed Final Approval Order and Judgment submitted concurrently herewith.

Date: May 28, 2021

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

By: */s/ Rachel E. Schwartz*
Rachel E. Schwartz, KS Bar # 21782
*schwartz@stuevesiegel.com*
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7125
Facsimile: (816) 714-7101

*Plaintiffs' Co-Lead, Liaison, and Interim Class Counsel*

**MASON LIETZ & KLINGER LLP**
Gary E. Mason
*gmason@masonllp.com*
5101 Wisconsin Avenue Northwest, Suite 305
Washington, District of Columbia 20016
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

*Plaintiffs' Co-Lead and Interim Class Counsel*

**REESE LLP**
Michael Robert Reese
*mreese@reesellp.com*
100 West 93rd Street, 16th floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Plaintiffs' Co-Lead and Interim Class Counsel*

**KAMBERLAW LLC**
Scott A. Kamber
*skamber@kamberlaw.com*
201 Milwaukee Street, Suite 200
Denver, Colorado 80206
Telephone: (303) 222-9008
Facsimile: (212) 202-6364

*Plaintiffs' Co-Lead and Interim Class Counsel*