UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*Schwegmann v. Hill's Pet Nutrition, Inc.*, No. 19-cv-2149-JAR-TJJ, *Navarrete v. Hill's Pet Nutrition, Inc.*, No. 19-cv-2312-JAR-TJJ, and *Jubinville v. Hill's Pet Nutrition, Inc.*, No. 19-cv-2302-JAR-TJJ. | MDL No. 2887<br><br>Case No. 2:19-md-02887-JAR-TJJ |

**FINAL APPROVAL ORDER AND JUDGMENT**

On July 30, 2021, the Court entered a Final Approval Order and Judgment (the "Final Approval Order"). ECF No. 133. Paragraph 31 of the Final Approval Order stated in relevant part: "In addition, the following three other complaints may contain claims that fall outside of this Settlement: *Schwegmann v. Hill's Pet Nutrition, Inc.,* No. 19-cv-2149-JAR-TJJ; *Navarrete v. Hill's Pet Nutrition, Inc.,* No. 19-cv-2312-JAR-TJJ; and *Jubinville v. Hill's Pet Nutrition, Inc.,* No. 19-cv-2302-JAR-TJJ. The foregoing three complaints will not be dismissed with prejudice in their entirety at this time, pending further communication by the Parties, but any claims within these complaints that are included in the Settlement will be dismissed with prejudice."

In a Joint Status Report filed on October 1, 2021, ECF No. 136, the Parties jointly notified the Court that these three cases can be dismissed with prejudice in their entirety, under the exact same terms of the Final Approval Order and the Order Granting Plaintiffs' Petition for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards to Class Representatives, and Denying Application of Wexler Wallace LLP for Attorneys' Fees and Reimbursement of

Expenses, ECF No. 132 (the "Attorneys' Fee Award").

The Court incorporates the Final Approval Order and the Attorneys' Fee Award and these three cases shall be dismissed with prejudice, without costs to any Party, including any claims for interest, penalties, costs, and attorneys' fees, except as may have been ordered previously by the Court.

**IT IS SO ORDERED.**

Dated: October 7, 2021

                                              _s/ Julie A. Robinson_
                                              JULIE A. ROBINSON
                                              CHIEF UNITED STATES DISTRICT JUDGE