**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: HILL'S PET NUTRITION, INC., DOG FOOD PRODUCTS LIABILITY LITIGATION | MDL No. 2887<br><br>Case No. 19-md-2887-JAR-TJJ |
| **THIS DOCUMENT RELATES TO**:<br><br>*Eichhorn-Burkhard, et al. v. Hill's Pet Nutrition, et al.*, Case No. 2:19-cv-02672-JAR-TJJ | |

## DEFENDANTS' MOTION TO DISMISS THE *EICHHORN-BURKHARD* COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Hill's Pet Nutrition, Inc. and Colgate-Palmolive Company (collectively, "Defendants") hereby move this Court to dismiss with prejudice Plaintiff Diana Anja Eichhorn-Burkhard's Complaint. Defendants incorporate by reference their memorandum of law in support of this motion, filed contemporaneously.

Defendants respectfully request that the Court grant this motion to dismiss the *Eichhorn-Burkhard* Complaint with prejudice under Rule 12(b)(6).

Dated: October 15, 2021 Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: */s/ Thomas P. Schult*
Thomas P. Schult, D. Kan. # 70463
Jennifer B. Wieland, KS Bar # 22444
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
tschult@berkowitzoliver.com
jwieland@berkowitzoliver.com

*Defendants' Liaison Counsel*

Richard B. Goetz
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
rgoetz@omm.com

Hannah Y. Chanoine
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hchanoine@omm.com

*Defendants' Lead Counsel*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2021, I caused the foregoing Defendants' Motion to Dismiss the *Eichhorn-Burkhard* Complaint to be electronically filed with the clerk of the court by using the CM/ECF system, which will then send a notice of electronic filing to all counsel of record.

By: */s/ Thomas P. Schult*
       Thomas P. Schult