IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases, Except:<br><br>*Diana Anja Eichorn-Burkhard v. Hill's Pet Nutrition, Inc. et al.*, No. 19-CV-02672- JAR-TJJ;<br><br>and<br><br>*Bone v. Hill's Pet Nutrition, Inc.,* No. 19-CV-02284-JAR-TJJ (This document DOES apply to all claims within these complaints that are included in the Settlement). | MDL No. 2887<br><br>Case No. 19-md-2887-JAR-TJJ |

## JOINT STATUS REPORT

Since the July 27, 2021 Final Approval Hearing, the Parties have worked with the Court-appointed Settlement Administrator regarding the on-going review and validation of submitted claims. The Parties submit this Status Report to provide an update on this process.

The on-going initial review and validation of the submitted claims is nearing its conclusion. The Settlement Administrator anticipates that the initial review of all submitted claims will be complete by the end of November 2021. At this time, the Settlement Administrator estimates that more than 30,000 Class Members have submitted valid claims. Once this initial review is completed, the Parties will then meet and confer regarding any disputed claims that fall within paragraph 49(a)(iii) of the Settlement Agreement, ECF No. 98-1 at 12-13.

As part of the on-going claims review and validation process, the Parties have discussed the Court's guidance at the Final Approval Hearing regarding any residual Settlement Funds and paragraph 50 of the Settlement Agreement, which states in relevant part:

> If the total of the timely, valid and approved Claims is less than the available relief, minus any covered costs and expenses, each eligible Settlement Class Member's award shall be *pro rata* increased to no more than two-times the value of the timely, valid and approved Claim absent any further written agreement by the Parties. Settlement Class Counsel may make an application to the Court to seek approval for proposed additional distributions of the Unpaid Funds to Settlement Class Members if such distributions are economically feasible and will not exceed more than two-times the value of the timely, valid and approved Claim, absent any further written agreement by the Parties.

ECF No. 98-1 at 14, ¶ 50. Consistent with this paragraph and subject to the Court's approval, the Parties are pleased to report that rather than the two-time multiplier limit, the Parties have entered a written agreement that each eligible Settlement Class Member's award shall be *pro rata* increased to no more than 4.25-times the value of any timely, valid and approved claim.

Dated: November 10, 2021

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*/s/ Rachel E. Schwartz*
Rachel E. Schwartz, KS Bar # 21782
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:     816-714-7125
Facsimile:      816-714-7101
schwartz@stuevesiegel.com

*Plaintiffs' Co-Lead, Liaison and Settlement Class Counsel*

Scott A. Kamber
**KAMBERLAW LLC**
201 Milwaukee Street, Suite 200
Denver, CO  80206
Telephone: 303-222-9008
skamber@kamberlaw.com

*Plaintiffs' Co-Lead and Settlement Class Counsel*

Gary E. Mason
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW | Ste 305
Washington, DC 20016
Tel: 202-640-1168
Fax: 202-429-2294
gmason@masonllp.com

*Plaintiffs' Co-Lead and Settlement Class Counsel*

Michael Robert Reese
**REESE LLP**
100 West 93rd Street, 16th floor
New York, NY 10025
Telephone: 212-643-0500
mreese@reesellp.com

*Plaintiffs' Co-Lead and Settlement Class Counsel*

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

<u>*/s/ Thomas P. Schult*</u>
Thomas P. Schult, D. Kan. # 70463
Jennifer B. Wieland, KS Bar # 22444
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
tschult@berkowitzoliver.com
jwieland@berkowitzoliver.com

*Defendants' Liaison Counsel*

Richard B. Goetz
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
rgoetz@omm.com

Hannah Y. Chanoine
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hchanoine@omm.com

*Defendants' Lead Counsel*