UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Cases** | MDL No. 2887<br><br>Case No. 2:19-md-02887-JAR-TJJ |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF RACHEL E. SCHWARTZ

Pursuant to Local Rule 83.5.5(b), the Court is hereby notified that Rachel E. Schwartz is leaving the law firm Stueve Siegel Hanson LLP and is hereby withdrawing as counsel for Plaintiffs. Co-Lead Counsel listed below, as well as members of the appointed Executive Committee, will continue to represent Plaintiffs.

Dated: February 22, 2022

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*/s/ Rachel E. Schwartz*
Rachel E. Schwartz, KS Bar # 21782
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:	816-714-7125
Facsimile:	816-714-7101
schwartz@stuevesiegel.com

*Plaintiffs' Co-Lead, Liaison and Settlement Class Counsel*

Scott A. Kamber
**KAMBERLAW LLC**
201 Milwaukee Street, Suite 200
Denver, CO  80206
Telephone: 303-222-9008
skamber@kamberlaw.com

*Plaintiffs' Co-Lead and Settlement Class Counsel*

Gary E. Mason
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW | Ste 305
Washington, DC 20016
Tel: 202-640-1168
Fax: 202-429-2294
gmason@masonllp.com

*Plaintiffs' Co-Lead and Settlement Class Counsel*

Michael Robert Reese
**REESE LLP**
100 West 93rd Street, 16th floor
New York, NY 10025
Telephone: 212-643-0500
mreese@reesellp.com

*Plaintiffs' Co-Lead and Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. Additionally, and pursuant to Local Rule 83.5.5(b), I hereby certify that a copy of the foregoing was served on Plaintiff and Class Representative Michelle Black via electronic mail on February 8, 2022.

                                        */s/ Rachel E. Schwartz*
                                        Rachel E. Schwartz