IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: HILL'S PET NUTRITION, INC. DOG FOOD PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to All Cases,** | MDL No. 2887<br><br>Case No. 19-md-2887-JAR-TJJ |

**JOINT STATUS REPORT**

Since the last Joint Status Report, ECF No. 141 (November 10, 2021), the Court has dismissed the *Bone* and *Eichorn-Burkhard* cases, ECF Nos. 148 & 149 (May 24, 2022), and the Parties are pleased to report that the Settlement Administrator has now completed the process of reviewing and validating submitted claims. Now that the claims process is complete, the Parties submit this concluding Status Report to: (i) provide an update on this process; (ii) seek the Court's approval for the cy pres distribution of remaining funds; and (iii) seek the Court's authorization for the final payment of the administration costs.

The review and validation of the submitted claims has reached its conclusion. Class Members submitted 24,666 valid claims.[1] Of those 24,666 valid claims, for which the Claims Administrator attempted payment, a total of 23,094 Class Members have received and cashed their reimbursement checks, totaling $7,223,625.38, in the aggregate.

---

[1] All disputed claims that fell within paragraph 49(a)(iii) of the Settlement Agreement, ECF No. 98-1 at 12-13 have been resolved by the Parties.

After paying all valid claims, the Claims Administrator advises that there are residual Unpaid Funds remaining in the account in the amount of $509,497.86, and that no further distributions to claimants would be economically feasible.[2]

Now that all valid claims have been paid, pursuant to ¶¶ 5, 49-50, 56m, & 62n of the Settlement Agreement, ECF No. 98-1, the Parties seek the Court's approval for: (i) the agreed cy pres distribution of funds to Unleashed Pet Rescue, in the amount of $494,540.11,[3] and (ii) the payment of the final invoice to Kroll for the outstanding costs of Administration, in the amount of $14,957.75, to fully and finally close out the Settlement Fund account.

Unleashed Pet Rescue is a licensed nonprofit animal shelter, founded in 2011, whose work is tethered to the nature of the Action and the interests of Settlement Class Members in this Action because it helps provide food and medical care to dogs and other pets. ECF No. 98-1 at ¶5. Pursuant to this paragraph, and subject to the Court's approval, the Parties request that the Court approve the disbursement of the bulk of residual Unpaid Funds in the Settlement Fund to Unleashed Pet Rescue, in the amount of $494,540.11.

The Parties further request that the remaining balance of $14,957.75 be disbursed to Kroll to cover the outstanding administrative costs invoiced.

Should the Court grant the two requested disbursements, the Settlement Fund would be exhausted, the case could be fully closed, and the Parties would not anticipate the need for any further status reports.

---

[2] Pursuant to ECF No. 142, Class Members submitting valid claims received a pro rata increased multiplier of up to 4.25x the initial calculation of benefits to be paid under the Settlement.

[3] Unleashed Pet Rescue is located in Mission, KS and serves the Kansas City, KS area. https://www.unleashedrescue.com/

Dated: July 6, 2023

Respectfully submitted,

**KAMBERLAW LLC**


*s/ Scott A. Kamber*
Scott A. Kamber
201 Milwaukee Street, Suite 200
Denver, CO  80206
Telephone: 303-222-9008
skamber@kamberlaw.com

*Plaintiffs' Co-Lead and Settlement Class Counsel*

Gary E. Mason
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW | Ste
305 Washington, DC 20016
Tel: 202-640-1168
Fax: 202-429-2294
gmason@masonllp.com

*Plaintiffs' Co-Lead and Settlement Class Counsel*

Michael Robert Reese
**REESE LLP**
100 West 93rd Street, 16th
floor New York, NY 10025
Telephone: 212-643-0500
mreese@reesellp.com

*Plaintiffs' Co-Lead and Settlement Class Counsel*

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

*s/ Jennifer B. Wieland*
Thomas P. Schult, D. Kan. #70463
Jennifer B. Wieland, KS #22444
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
tschult@berkowitzoliver.com
jwieland@berkowitzoliver.com

*Defendants' Liaison Counsel*

Richard B. Goetz
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
rgoetz@omm.com

Hannah Y. Chanoine
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hchanoine@omm.com

*Defendants' Lead Counsel*